1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| APPLIED BUSINESS SOFTWARE, INC., a California corporation, | Case No. CV-07-04584 AHM (Ex) |
|---|---|
| Plaintiff, | (Hon. A. Howard Matz) |
| vs. | **JUDGMENT BY STIPULATION** |
| ALLIED MORTGAGE & FINANCIAL CORPORATION, a Florida corporation, | |
| Defendant. | |

| ALLIED MORTGAGE & FINANCIAL CORPORATION, a Florida corporation, | |
|---|---|
| Counter-Claimant, | |
| vs. | |
| APPLIED BUSINESS SOFTWARE, INC., a California corporation, | |
| Counter-Defendant. | |

**JUDGMENT BY STIPULATION**

The Court, having reviewed the Stipulation for Judgment submitted by Plaintiff and Counter-Defendant Applied Business Software, Inc. ("ABS") and Defendant and Counter-Claimant Allied Mortgage & Financial Corporation ("AMFC") (ABS and AMFC are collectively referred to herein as the "Parties") in connection with the written Settlement Agreement entered into by the Parties, and good cause appearing therefore;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. In accordance with the terms set forth in the Stipulation for Judgment filed by the Parties, judgment is hereby entered in favor of ABS and against AMFC for the sum of Two Hundred Seventy Five Thousand Dollars ($275,000.00) (the "Stipulated Judgment"), <u>less</u> any and all payments made by AMFC and such further deductions to the foregoing amount as provided under the Settlement Agreement, in the amount of $215,000.00, for a balance of $65,000.00.

2. ABS shall recover its attorneys' fees and costs incurred in connection with the entry of this Judgment only in the amount of $500.00.

Dated: October 08, 2009

_____
The Honorable A. Howard Matz
United States District Judge

**JUDGMENT BY STIPULATION**